## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

Whether the Superior Court erred when it upheld Petitioner's conviction pursuant to a statute declared unconstitutional by this Honorable Court in *Commonwealth v. Neiman*?

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jazs B. BRONNER, Petitioner**

No. 625 MAL 2016

Supreme Court of Pennsylvania.

December 27, 2016

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**IN RE: RELINQUISHMENT OF A.F.**

Petition of: J.F., Mother

In re: Relinquishment of D.F.

Petition of: J.F., Mother

In re: Relinquishment of N.F.

Petition of: J.F., Mother

In re: Relinquishment of T.F.

Petition of: J.F., Mother

No. 768 MAL 2016
No. 769 MAL 2016
No. 770 MAL 2016
No. 771 MAL 2016

Supreme Court of Pennsylvania.

December 27, 2016

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Junior VILLANUEVA, Petitioner**

No. 654 MAL 2016

Supreme Court of Pennsylvania.

Dec. 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eric Jay LEED, Petitioner**

**No. 645 MAL 2016**

Supreme Court of Pennsylvania.

Dec. 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

(1) Did the Superior Court err as a matter of law when it upheld the lower court's determination that the issuing authority in [Petitioner's] case had a substantial basis to find that probable cause existed within the four corners of a search warrant's affidavit that was facially incapable of establishing probable cause? Specifically, did the Superior Court err when:

a. The [c]ourt considered information beyond the affidavit's four corners in direct conflict with the plain language of Pennsylvania Rule of Criminal Procedure 203? and/or

b. The Court found there was no meaningful legal distinction between a reviewing court's probable cause determination when an affidavit contains ambiguities or omissions requiring clarification, as opposed to when an affidavit contains explicit sworn-to facts requiring modification to substantiate a finding of probable cause?

(2) Did the Superior Court's determinations below grant lower courts with arbitrary judicial discretion to fashion a finding of probable cause when the affidavit presented to the issuing authority does not, on its face, contain facts sufficient to establish probable cause?

■

**Robert E. BINGAMAN Jr., Respondent**

v.

**Kelly H. BINGAMAN, Petitioner**

**No. 619 MAL 2016**

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.

